184 So.2d 23

### CITY OF NEW ORLEANS
v.
### Stephen R. WAINWRIGHT.
### No. 48108.
March 24, 1966.

In re: Stephen R. Wainwright applying for writ of certiorari, prohibition and mandamus.

The application is denied. The ruling of the Criminal District Court for the Parish of Orleans is correct.

184 So.2d 23

### Louise MORGAN
v.
### Robert N. GARRISON et al.
### Addean BUSH et al.
v.
### Robert N. GARRISON et al.
### Charles MELVIN, as administrator, etc.,
v.
### STATE FARM MUTUAL AUTMOMOBILE INSURANCE COMPANY et al.
### No. 48113.
March 24, 1966.

In re: American Motorists Insurance Company applying for writs of prohibition, certiorari and mandamus.

The application is denied. We find no error in the ruling complained of.